Jenny L. Dixon (SBN 192638)
jenny@dixonwilliamslaw.com
DIXON WILLIAMS LLP
6265 Greenwich Drive, Suite 100
San Diego, CA 92122
Telephone: 1.858.371.4995
Facsimile:  1.858.357.8690

Attorneys for Plaintiff PLATINUM ASSET FUNDING LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATINUM RAPID FUNDING GROUP LTD, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL ENTERPRISE CONSTRUCTION INC., LUNA CUSTOM POOLS, INC., JOSE ROBERTO LUNA PEREZ, LUNA ENTERPRISE CONSTRUCTION INC., REYNA MARIA LUNA, ROSA MARIA LUNA, ROYAL MOON POOLS INC., RR & SONS CONCRETE CORP., and DOES 1-20,<br><br>Defendants. | Case No. 2:19-CV-00614 GW (PJWx)<br><br>**PLAINTIFF PLATINUM ASSET FUNDING LLC'S STATUS REPORT**<br><br>Date:  December 30, 2021<br>Time:  8:30 a.m.<br>Judge:  Hon. George H. Wu<br>Action filed:  January 25, 2019 |

Plaintiff Platinum Asset Funding LLC ("Plaintiff") respectfully submits the following status report in advance of the December 30, 2021 status conference in accordance with the Court's directive (Dkt. No. 135).

     Plaintiff continues to review the discovery produced herein for use in the motion for entry of default judgments against the defendants. Plaintiff anticipates filing said motion for entry of default judgment on or before February 4, 2022. Counsel respectfully requests a continuance of the December 30 status conference due to a pre-planned vacation.

Dated: December 26, 2021         DIXON WILLIAMS LLP

By: *s/ Jenny L. Dixon*
      Jenny L. Dixon

Attorney for Plaintiff
Platinum Asset Funding LLC