Jenny L. Dixon (SBN 192638)
DIXON WILLIAMS LLP
6265 Greenwich Drive, Suite 100
San Diego, CA 92122
Telephone: 1.858.371.4995
Facsimile:  1.858.357.8690
Jenny@DixonWilliamslaw.com

Attorneys for Plaintiff Platinum Asset Funding LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATINUM RAPID FUNDING GROUP LTD, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL ENTERPRISE CONSTRUCTION INC., LUNA CUSTOM POOLS, INC., JOSE ROBERTO LUNA PEREZ, LUNA ENTERPRISE CONSTRUCTION, INC., REYNA MARIA LUNA, ROSA MARIA LUNA, ROYAL MOON POOLS INC., RR & SONS CONCRETE CORP., and DOES 1-20,<br><br>Defendants. | Case No. 2:19-CV-00614 GW (PJWx)<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS ROYAL ENTERPRISE CONSTRUCTION INC. a/k/a LUNA ENTERPRISE CONSTRUCTION INC., LUNA CUSTOM POOLS, INC., JOSE ROBERT LUNA PEREZ, REYNA MARIA LUNA, ROYAL MOON POOLS, INC., and RR & SONS CONCRETE CORP, INC.**<br><br>Date:  March 7, 2022<br>Time: 8:30 a.m.<br>Courtroom:  9D<br><br>Honorable George H. Wu |

TO ALL PARTIES:

PLEASE TAKE NOTICE that on March 7, 2022, at 8:30 a.m., or on such date and time as the Court shall determine, in Courtroom 9D of the above-entitled court, plaintiff PLATINUM ASSET FUNDING LLC, ("Plaintiff" or "PAF") will request the Court to enter a default judgment in its favor and against Defendants Royal Enterprise Construction Inc. a/k/a Luna Enterprise Construction Inc., Luna

1  Custom Pools, Inc., Jose Roberto Luna Perez, Reyna Maria Luna, Royal Moon
2  Pools Inc., and RR & Sons Concrete Corp., pursuant to Federal Rule of Civil
3  Procedure 55(b)(2) and L.R. 55-1 and 55-2, on the grounds that defendants have not
4  appeared or otherwise defended this action.  The Clerk entered the defaults of all
5  defendants on November 24, 2021 (Dkt. No. 136).
6       Plaintiff PAF will present proof of the following:
7       1.    PAF is entitled to judgment against defendants on account of the
8  claims pled in the complaint, which include claims for fraudulent conveyance -
9  actual intent, fraudulent conveyance – lack of equivalent value, and declaratory
10 relief.
11      2.    The amount of judgment sought is the sum of $959,202.13 as set forth
12 in the declaration of Jenny L. Dixon, interest thereon, any items taxable as costs
13 pursuant to Fed. R. Civ. Proc. 54(d), L.R. 54-2, and L.R. 54-3, and post-judgment
14 interest pursuant to 28 U.S.C. § 1961(a), L.R. 58-7.
15      3.    The motion is based on this notice of motion and motion, the
16 accompanying memorandum of points and authorities, the declaration of Jenny L.
17 Dixon, the pleadings, evidence, and records in this case, and on such other matters
18 as may be presented at the time of the hearing.
19
20 Dated:  February 4, 2022               DIXON WILLIAMS LLP
21
22                                                  By: *s/ Jenny L. Dixon*
23                                                       Jenny L. Dixon
24                                                 Attorneys for Plaintiff Platinum Asset Funding LLC
25
26
27
28

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document has been served on February 4, 2022 on the persons at the email addresses set forth below:

| | |
|---|---|
| Jose Roberto Luna Perez<br>2481 55th Street<br>Rosamond, CA 93510<br>Telephone: 661.209.4301<br>Email: lcpoolsinc@gmail.com<br>Defendant In *Pro Per* | Reyna Maria Luna<br>2481 55th Street<br>Rosamond, CA 93510<br>Telephone: 661.209.4301<br>Email: lunareyna19@gmail.com<br>Defendant In *Pro Per* |

The emails were not returned as undeliverable.

Executed on February 4, 2022, at San Diego, California.

*s/ Jenny L. Dixon*
Jenny L. Dixon
Jenny@DixonWilliamslaw.com