UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-614-GW-PJWx | Date | March 10, 2022 |
|---|---|---|---|
| Title | *Platinum Rapid Funding Group, Ltd. v. Royal Enterprise Construction, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Jenny L. Dixon, by telephone  None Present

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS ROYAL ENTERPRISE CONSTRUCTION INC. a/k/a LUNA ENTERPRISE CONSTRUCTION INC., LUNA CUSTOM POOLS, INC., JOSE ROBERT LUNA PEREZ, REYNA MARIA LUNA, ROYAL MOON POOLS, INC., and RR & SONS CONCRETE CORP, INC. [144]**

The Court's Tentative Ruling was issued on March 8, 2022 [146]. Court confers with Plaintiff's counsel. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is granted. Separate Judgment to issue.

: 05

Initials of Preparer  JG