JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATINUM RAPID FUNDING GROUP LTD, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL ENTERPRISE CONSTRUCTION INC., LUNA CUSTOM POOLS, INC., JOSE ROBERTO LUNA PEREZ, LUNA ENTERPRISE CONSTRUCTION INC., REYNA MARIA LUNA, ROSA MARIA LUNA, ROYAL MOON POOLS INC., RR & SONS CONCRETE CORP., and DOES 1-20,<br><br>Defendants. | Case No. CV 19-614-GW-PJWx<br><br>**JUDGMENT** |

In accordance with this Court's March 10, 2022 Order Granting Plaintiff Platinum Asset Funding LLC's Motion for Entry of Default Judgment against defendants Royal Enterprise Construction, Inc. a/k/a Luna Enterprise Construction ("Royal Enterprise"), Luna Custom Pools, Inc. ("Luna"), Jose Robert Luna Perez ("Perez"), Reyna Maria Luna ("Reyna"), Royal Moon Pools Inc. ("Royal Moon"), and RR & Sons Concrete Corp. ("RR"), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant Royal Moon is successor to Luna and is legally responsible for the satisfaction of any judgments entered against Luna.
2. Defendants Perez and Reyna have disregarded corporate formalities by and among themselves and their corporate entities Royal Moon, Royal Enterprise, Luna, and RR and, as such, are the alter egos of those corporate entities.
3. Defendants Royal Enterprise, Royal Moon, RR, and Reyna are jointly and severally liable and shall pay to Plaintiff damages in the amount of $959,202.13.
4. Plaintiff is entitled to interest on the principal amount of the judgment at a statutory rate pursuant to 28 U.S.C. § 1961(a), post judgment.
5. Plaintiff will submit bill of costs.

**IT IS SO ORDERED**

Dated: March 10, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE